warp-knitting or other machine, and the items marked "C" at 25 percent under paragraph 915 of the act as cotton gloves, made of woven fabric. *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), followed.

BEFORE THE THIRD DIVISION, MARCH 19, 1963

**No. 67519.**—L. Batlin & Son, Inc. *v.* United States, protest 61/18344 (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

**No. 67520.**—Van Oppen & Co., Inc. *v.* United States, protest 62/12169 (New York).

Opinion by JOHNSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, MARCH 20, 1963

**No. 67521.**—Service Cycle Supply Corp. *v.* United States, protest 58/11469 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

**No. 67522.**—Seedman International Corp. *v.* United States, protest 60/22170 (Tampa).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 CCPA 152, C.A.D. 750), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, MARCH 20, 1963

No. 67523.—Swissedent International and Hoyt, Shepston & Sciaroni *v.* United States, protests 60/10189, etc. (San Francisco).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of candulor shade guides similar in all material respects to those the subject of *Swissedent International* and *Hoyt, Shepston & Sciaroni* v. *United States* (47 Cust. Ct. 174, C.D. 2298), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, MARCH 21, 1963

No. 67524.—Rex-Spanall, Inc. *v.* United States, protests 62/4625, 61/18956, and 62/8883 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67525.—Monarch International, Inc., et al. *v.* United States, protests 61/13402, etc. (Los Angeles).